Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
 910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| FERNANDO CALIXTO,<br><br>             Plaintiff,<br>     vs.<br><br>GENESIS CREDIT MANAGEMENT, LLC,<br><br>             Defendant. | Case No. 1:16-cv-539-MWB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COMES NOW, Plaintiff Fernando Calixto, by and through his attorney of record, Barkley B. Smith of Barkley Smith Law, PLLC, and hereby voluntarily dismisses with prejudice the above- above entitled action against Genesis Collection Management, LLC.. Plaintiff gives this notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted by,

/s/ Barkley Smith

BARKLEY B. SMITH
Barkley Smith Law, PLLC