UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| FERNANDO CALIXTO,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GENESIS CREDIT MANAGEMENT, LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:16-cv-539-MWB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　The plaintiff has submitted a request for voluntary dismissal with prejudice of his action against defendant Genesis Credit Management, LLC. For good cause, the request for voluntary dismissal with prejudice is granted pursuant to F.R.C.P. 41(a)(1)(A)(i).

　　**IT IS SO ORDERED**.

　　**DATED** this 30th day of March, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA